PS 8
(5/04)

Case 2:14-cr-00168-WFN   Document 470   Filed 01/15/15

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 15, 2015

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Haffner, Christopher D | Docket No. | 0980 2:14CR00168-TOR-20 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Charles J Kuipers, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Christopher D. Haffner, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 4th day of December 2014, under the following conditions:

**Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation:** Defendant was arrested on January 13, 2015, by the Washington State Patrol for driving under the influence.

PRAYING THAT THE COURT WILL ORDER A WARRANT

---

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   January 15, 2015

by   s/Charles J. Kuipers

Charles J. Kuipers
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

01/15/2015

Date