PROB 12C
(7/93)

Report Date: December 4, 2015

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

12/7/15

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher D. Haffner     Case Number: 0980 2:14CR00168-TOR-20

Address of Offender:                          Spokane, Washington 99223

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 1, 2015

| | | |
|---|---|---|
| Original Offense: | 18 U.S.C. §§ 1344, 1349 Conspiracy to Commit Bank Fraud | |
| Original Sentence: | Prison - 6 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George Jacobs, III | Date Supervision Commenced: July 13, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: July 12, 2018 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 and 2 | **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Haffner violated his conditions of supervision in Spokane, Washington, by using a controlled substance on or about October 5, 2015. He provided a urinalysis test at Alcohol Drug Education Prevention and Treatment (ADEPT) on or about October 5, 2015. The urine sample tested presumptive positive for the presence of marijuana and was sent to Alere Toxicology for further testing. Mr. Haffner signed a drug use admission form on October 5, 2015, admitting to the use of marijuana. On October 11, 2015, the urine sample returned from Alere Toxicology showing a positive result for marijuana. |

**Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Mr. Haffner violated his conditions of supervision in Spokane, Washington, by using a controlled substance on or about November 23, 2015. The offender provided a urinalysis test at Alcohol Drug Education Prevention and Treatment (ADEPT) on or about November 23, 2015. The urine sample tested presumptive positive for the presence for amphetamines, however, the offender denied the use of amphetamines. The urine sample was sent to Alere Toxicology for further testing. On December 1, 2015, the urine sample returned from Alere Toxicology showing a positive result for methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/04/2015

s/Corey McCain

Corey McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

December 7, 2015

Date