# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Christopher D. Haffner | Case Number: 0980 2:14CR00168-TOR-20 |

Address of Offender: ███████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: June 1, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1344 | | |
| Original Sentence: | Prison - 6 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>02/24/2016 | Prison - 4 months<br>TSR - 32 months | | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: May 30, 2016 | |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: January 29, 2019 | |

## PETITIONING THE COURT

To issue a summons and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/26/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 17:** Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence:**  On June 13, 2016, Mr. Haffner's conditions of supervision were reviewed with him.  He signed acknowledging an understanding of his conditions of supervision, including special condition 17, as noted above.<br><br>On February 2, 2018, Mr. Haffner provided a random urinalysis test at Pioneer Human Services (PHS), as the color of the day was brown 2, Mr. Haffner's assigned color for urinalysis testing.  The urine sample tested presumptive positive for methamphetamine and was sent to Alere Toxicology for further testing. Mr. Haffner admitted using methamphetamine on January 31, 2018, and signed a drug use admission form. |

      5        **Special Condition # 17:** Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

                **Supporting Evidence:** On June 13, 2016, Mr. Haffner's conditions of supervision were reviewed with him. He signed acknowledging an understanding of his conditions of supervision, including special condition 17, as noted above.

                On February 7, 2018, Mr. Haffner reported to the U.S. Probation Office and was directed to submit to a random urinalysis test. A urine sample was provided and was presumptive positive for methamphetamine. Mr. Haffner denied any additional methamphetamine use from what was reported in violation number 4. The urine sample was sent to Alere Toxicology for further testing and the results are pending.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/26/2017, and that the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/07/2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [X] Other : The Court will address all pending violations at the revocation of supervised release hearing on 2/21/2018.

_Thomas O. Rice_
Signature of Judicial Officer

February 7, 2018
Date