# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher D. Haffner          Case Number: 0980 2:14CR00168-TOR-20

Address of Offender: ███████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: June 1, 2015          Date of Revocation Sentence: February 24, 2016

Original Offense:          Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1344

Original Sentence:          Prison - 6 months          Type of Supervision: Supervised Release
                            TSR - 36 months
Revocation Sentence          Prison - 4 months
                            TSR - 32 months

Asst. U.S. Attorney:          George J. C. Jacobs, III          Date Supervision Commenced: May 30, 2016

Defense Attorney:          William Miles Pope          Date Supervision Expires: January 29, 2019

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 12/26/2017 and 2/7/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 6 | **Special Condition # 17**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On June 13, 2016, Mr. Haffner's conditions of supervision were reviewed with him.  He signed his conditions, acknowledging an understanding of his conditions of supervision, including special condition number 17, as noted above.

On February 12, 2018, the color of the day for urinalysis testing was brown 2, which is Mr. Haffner's assigned color for urinalysis testing.  On February 13, 2018, the undersigned officer reviewed the urinalysis roster from February 12, 2018, provided by Pioneer Human Services.  Mr. Haffner was reported as a "no show."

7        <u>**Special Condition # 17**</u>: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

<u>**Supporting Evidence**</u>: On June 13, 2016, Mr. Haffner's conditions of supervision were reviewed with him. He signed his conditions, acknowledging an understanding of his conditions of supervision, including special condition number 17, as noted above.

On February 14, 2018, Mr. Haffner reported to the U.S. Probation Office and was directed to submit to urinalysis testing. A urine sample was provided which tested presumptive positive for marijuana. Mr. Haffner admitted to using marijuana on the evening of February 2, 2018. He signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 12/26/2017 and 2/7/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/15/2018
_____

s/Corey M. McCain
_____

Corey M. McCain
U.S. Probation Officer
_____

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[X]   Other   All pending violations will be addressed at the 2/21/2018 revocation hearing.

_____
Signature of Judicial Officer

February 16, 2018
_____
Date